WILLIAM J. KELLEY, Respondent, v. INDEMNITY INSUR-
ANCE COMPANY OF NORTH AMERICA, Appellant.

Argued November 24, 1937; decided December 10, 1937.

608

*Gerald W. O'Connor, Thomas O'Connor, George E. O'Connor* and *Philip J. Fitzgerald* for appellant.

*Samuel E. Goldstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.